# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00133-CR

**The State of Texas, Appellant**

**v.**

**Samuel Martinez, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
### NO. 2018CR1273, THE HONORABLE LINDA A. RODRIGUEZ, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

After an abatement, the State's brief on appeal was due on July 29, 2019. The time for filing was extended to October 18, 2019, after the Court denied the State's second motion to abate. Appellant's counsel has now filed a motion for extension of time, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief or a motion to dismiss the appeal no later than November 18, 2019. No further extension of time will be granted. If the brief or motion is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on November 7, 2019.

Before Chief Justice Rose, Justices Triana and Smith

Do Not Publish